IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| A. Ralph Navaro, Jr., | : |
| Plaintiff | : |
| | : Case Number: 1:11cv632 |
| vs. | : |
| | : Chief Judge Susan J. Dlott |
| Village of Glendale, et al., | : |
| | : **ORDER** |
| Defendants | : |

On April 5, 2012, having been advised by counsel for the parties that the above matter had been settled, the Court ordered that this action be dismissed with prejudice, provided that any of the parties were permitted, under certain circumstances, to reopen the action if settlement was not consummated. During a status conference held on July 3, 2012, the parties advised the Court that while they continue to work together, they require additional time to consummate settlement. Accordingly, the Court hereby **ORDERS** that the deadline for reopening this action be extended to August 7, 2012.

IT IS SO ORDERED.

Susan J. Dlott
United States District Court